United States District Court
Southern District of Texas
FILED

JUL 27 2022

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

United States of America,

    Plaintiff,

v.

Adam Gomez,
    Defendant.

M-22-1468-M

Case No. 1:22-MJ-434
Magistrate Judge J. Gregory Wehrman

## ORDER

Upon motion of the United States to unseal the Defendant's arrest warrant and to unseal a partially redacted Criminal Complaint, and the United States having shown adequate cause in its motion;

Accordingly, it is ORDERED that the arrest warrant issued on July 22, 2022 shall be unsealed and that the partially redacted Criminal Complaint shall also be unsealed.

**IT IS SO ORDERED.**

July 26, 2022

J. Gregory Wehrman
United States Magistrate Judge