United States District Court
Southern District of Texas
FILED

JUL 27 2022

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | M-22-1468-M |
| ADAM GOMEZ | ) | Case No. 1:22-MJ-00434 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ADAM GOMEZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine

Date: **Jul 22, 2022**

*Stephanie K. Bowman*
*Issuing officer's signature*

City and state: CINCINNATI, OHIO

Stephanie K. Bowman, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 07/22/2022, and the person was arrested on *(date)* 07/26/2022
at *(city and state)* San Juan, Texas.

Date: 07/26/2022

*Arresting officer's signature*

Tyran Golden, SA DEA
*Printed name and title*